UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALDAMA ESPINOZA,<br><br>            Plaintiff,<br><br>    v.<br><br>CONCRETE DEMO WORKS INC., et al.,<br><br>            Defendants. | Case No.15-cv-01850 NC<br><br>**ORDER APPROVING OF FLSA SETTLEMENT AND DISMISSING CASE** |

Plaintiff Aldama Espinoza requests that the Court dismiss this case with prejudice based on the settlement of the parties. The Court has reviewed the settlement agreement, dkt. no. 34, as well as counsel's declaration describing the potential unpaid wage value (approximately $19,665) and the case's potential value with penalties (up to $24,360). The Court finds the settlement agreement terms ($20,000) to be a "fair and reasonable resolution of a bona fide dispute" and dismisses the case. *See Lou v. Zynga, Inc.*, No. 13-cv-00186 NC, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014).

**IT IS SO ORDERED.**

Dated: January 5, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-01850 NC